IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HARSHAL RAVAL, § § § *Plaintiff* § § v. § CAFÉ ISTANBUL INC., NEW CAFÉ § ISTANBUL INC., CAFÉ ISTANBUL § LEGACY INC., and EROL GIRGIN, § § *Defendants*. § | | Civil Action No. 3:18-cv-00315-M |

## JOINT REPORT

Pursuant to the Court's Order entered on April 16, 2018, the parties hereby submit this Joint Report regarding settlement status.

1. On July 10, 2018, Defendants informally provided Plaintiff with a limited set of documents, including time and pay records. Plaintiff is reviewing the documents and will provide Defendants with a settlement demand within the next week.

2. The parties have agreed to mediate on or before January 31, 2019. The parties will designate a mediator by December 31, 2018.

3. The parties do not request a settlement conference with the Magistrate Judge.

Respectfully submitted,

By: /s/Hannah Alexander
HANNAH ALEXANDER
Texas Bar No. 24099310
EQUAL JUSTICE CENTER
1250 West Mockingbird Lane, Suite 455
Dallas, Texas 75247
Tel.: (469) 228-4226, ext. 302
Fax: (469) 941-0861
halexander@equaljusticecenter.org

**ANNA BOCCHINI**  
Texas Bar No. 24057410  
**EQUAL JUSTICE CENTER**  
510 S. Congress Ave., Suite 206  
Austin, Texas 78704  
Tel.: (512) 474-0007, ext. 105  
Fax: (512) 474-0008  
abocchini@equaljusticecenter.org  

**ATTORNEYS FOR PLAINTIFF**

**BELL NUNNALLY & MARTIN LLP**

By: /s/ Mark A. Shoffner  
Mark A. Shoffner  
mshoffner@bellnunnally.com  
Texas Bar No. 24037490  
Katie Beaird  
kbeaird@bellnunnally.com  
Texas Bar No. 24092099  
3232 McKinney Avenue, Suite 1400  
Dallas, Texas 75204-2429  
(214) 740-1400 Telephone  
(214) 740-1499 Facsimile  

**ATTORNEYS FOR DEFENDANTS CAFÉ ISTANBUL INC., NEW CAFÉ ISTANBUL INC., CAFÉ ISTANBUL LEGACY INC., and EROL GIRGIN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2018, a true and correct copy of the foregoing document was served on the following party by my submission of the document to the U.S. District Court through the Court's ECF system:

> Mark A. Shoffner
> Bell Nunnally & Martin LLP
> 3232 McKinney Avenue, Suite 1400
> Dallas, Texas 75204-2429
> (214) 740-1400 Telephone
> (214) 740-1499 Facsimile
> mshoffner@bellnunnally.com

/s/ Hannah Alexander